

Continental Plaza · 411 Hackensack Avenue, 2nd Floor · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

December 19, 2017

***Via ECF***
Honorable, Leda Dunn Wettre U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 3C
Newark, New Jersey 07101

  Re: **Osha M. Hopson v. FMS Investment Corp. d/b/a FMS Services, et al.**
     **Case No.: 2:17-cv-03880-SDW-LDW**

Dear Judge Wettre:

  I represent the Plaintiff Osha M. Hopson and write to inform the Court that the parties have agreed to a settlement which requires subsequent performance. When the terms of the settlement have been fully performed, the parties will file a Rule 41(a) stipulation of dismissal with prejudice with respect to her individual claims but without prejudice as to the putative class.

  At this time, I request the entry of a "60-Day Order" dismissing the action without prejudice but permitting a party to vacate the order and move to enforce the settlement within 60 days.

  Lastly, the Defendant has a pending Motion for Judgment on the Pleadings (ECF No. 25). With the consent of Defendant's counsel, we ask that the Court administratively terminate the motion without prejudice and not issue a ruling.

  Thank you for Your Honor's time and courtesies in this matter.

                 Very truly yours,

                 Yongmoon Kim, Esq.
                 KIM LAW FIRM LLC

YK/jy
cc: All Counsel of Record (*via ECF*)